# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

AMAREUS "A.J." HENDERSON,
individually, and on behalf of others similarly situated
as a class,

    Plaintiffs,

v.

Case No. 2:20-cv-2604-MSN-tmp
JURY DEMAND

SONIC DRIVE IN, MEMPHIS, POPLAR,
a limited partnership, et al.,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed August 14, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Joint Motion for Order Approving Resolution of FLSA Claims (ECF No. 45), entered February 18, 2022, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

February 18, 2022
Date